JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
ANTONIO CHAVEZ LANDIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 09-MJ-00142 DLB |
| ) | |
| Plaintiff, ) | WAIVER OF APPEARANCE |
| ) | AND ORDER THEREON |
| v. ) | |
| ) | DATE:   April 22, 2010 |
| ANTONIO CHAVEZ LANDIN, ) | TIME:    10:00 a.m. |
| ) | Courtroom Nine |
| Defendant. ) | |
| ) | HONORABLE  DENNIS L. BECK |

Defendant, ANTONIO CHAVEZ LANDIN, hereby waives his right to be present in person in open court upon the Probation Review Hearing presently set for April 22, 2010 at 10:00 a.m. in Courtroom Nine of the above entitled court. Defendant has completed all term and conditions of probation imposed by the Court on July 30, 2009, including full payment of the $1,250.00 fine, completion of 50 hours community service and completion of the first offender Driving Under the Influence (AB-541) program. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, John F. Garland. Defendant's attorney will submit to the Court proof of completion of the community service and DUI program at said hearing.

Dated: March   13   , 2010                             /s/ Antonio Chavez  Landin
                                                                   ANTONIO  CHAVEZ  LANDIN

//

///

1

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that defendant ANTONIO CHAVEZ LANDIN is hereby excused from appearing at the Probation Review Hearing on April 22, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **March 16, 2010**                   **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE